IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WILLIE ALFRED BOLTON | § | |
| *Plaintiff* | § | |
| VS. | § | No. _____ |
| | § | |
| RUSSO INTERNATIONAL, LLC AND | § | |
| NOEL FERNANDEZ BARBAN | § | |
| *Defendants* | § | |

## NOTICE OF REMOVAL

TO:    WILLIE ALFRED BOLTON, Plaintiff, and his attorney of record.

Comes now RUSSO INTERNATIONAL, LLC and NOEL FERNANDEZ BARBAN, Defendants in the above entitled and numbered cause, hereinafter referred to as Defendants, and hereby gives notice to Plaintiff of the removal of this cause of action, and would show as follows:

1.    On the 28th day of October, 2015, Plaintiff filed a lawsuit against Defendants, RUSSO INTERNATIONAL, LLC and NOEL FERNANDEZ BARBAN in the Cause No. 69088A in the 47th District Court of Randall County, Texas.  Service of Process and citation were requested upon the Defendants and served on Defendants on November 30, 2015.  A copy of Plaintiff's Original Petition is contained in the Index of State court Pleadings attached hereto.  Plaintiffs filed his Original Petition on October 28, 2015.  No further proceedings have been had in this litigation.

2.    The above described action is one of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1332, 1441 and 1446, and is one which may be removed to this Court by the Defendants pursuant to said provisions in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, (Plaintiffs' Original Petition seeks damages in the amount of $70,000.)

Page 1 of 3

3.      The Plaintiff at the time this action was commenced, was and is still a citizen of the State of Texas.  The Defendant, at the time this action was commenced, was and is still a corporation organized and existing under the laws of the State of Delaware, and was then and is still a resident and citizen of the State of Delaware, having its principal place of business in Wayne, New Jersey.

4.      Defendant promptly after the filing of this notice of removal gave proper notice of such filing to the Plaintiff and the District Clerk of Randall County, Texas, as evidenced by the proof of service of the same attached hereto.

WHEREFORE, Defendant prays that Cause No. 69088A in the 47th District Court of Randall County, Texas, be removed to this court and that the court enter an order of removal accordingly.

DATED this 18th day of December, 2015.

CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
FirstBank Centre
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (fax)
BudG@CTHGlawfirm.com

Leonard R. (Bud) Grossman
SBN 00784182
ATTORNEYS FOR DEFENDANTS,
RUSSO INTERNATIONAL, LLC.
and NOEL FERNANDEZ BARBAN

THE STATE OF TEXAS

COUNTY OF LUBBOCK

    Leonard R. (Bud) Grossman, being duly sworn, upon oath deposes and says that he is the attorney for the Defendant; that he has read the foregoing notice of removal and that it is true and correct to the best of his knowledge.

                                     Leonard R. (Bud) Grossman


    SUBSCRIBED AND SWORN TO BEFORE ME by Leonard R. (Bud) Grossman, on this _18th_ day of December, 2015.



NANCY SULLIVAN
Notary Public, State of Texas
My Commission Expires 05-06-2018

                              Notary Public, State of Texas

### CERTIFICATE OF SERVICE
    I hereby certify that a true and correct copy of the foregoing document was sent by Efiling and facsimile, to the following person on this the _18th_ day of December, 2015:

                                  *Of the Firm*

Jo Carter
RANDALL COUNTY DISTRICT CLERK
2309 Russell Long Blvd, Suite 110
Canyon, TX 79015
district clerk@randallcounty.org

Ed McConnell
McConnell & Tormey
P. O. Box 629
Amarillo, Texas 79105
Fax: 806-355-4771
ed@mcconnell-tormey-law.com

## INDEX OF STATE COURT PLEADINGS

| DATE | DOCUMENT |
|------|----------|
| October 28, 2015 | Plaintiff's Original Petition |
| October 28, 2015 | Request for Issuance – Russo International |
| October 29, 2015 | Letter – Randall County District Clerk |
| October 29, 2015 | Request for Issuance – Noel Fernandez Barban |
| October 30, 2015 | Citation Issued – Noel Fernandez Barban |
| October 30, 2015 | Citation Issued – Russo International |
| November 9, 2015 | Citation Served - Noel Fernandez Barban |
| December 3, 2015 | Citation Served – Russo International |
| December 3, 2015 | Defendants' Original Answer |

**EXHIBIT A**

**47TH DISTRICT COURT**
# CASE SUMMARY
## CASE NO. 69088A

| | | |
|---|---|---|
| **WILLIE ALFRED BOLTON** | § | Location: **47th District Court** |
| VS. | § | Judicial Officer: **Schaap, Dan L** |
| **RUSSO INTERNATIONAL, LLC AND** | § | Filed on: **10/28/2015** |
| **NOEL FERNANDEZ BARBAN** | § | |

### CASE INFORMATION

Case Type: **Injury or Damage - Motor Vehicle**

Case Flags: **Jury Trial Requested**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 69088A |
| Court | 47th District Court |
| Date Assigned | 10/28/2015 |
| Judicial Officer | Schaap, Dan L |

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **BOLTON, WILLIE ALFRED** | **MCCONNELL, ED** |
| | | *Retained* |
| | | 806-355-2700(W) |
| **Defendant** | **BARBAN, NOEL FERNANDEZ** | **GROSSMAN, LEONARD R** |
| | | *Retained* |
| | | 806-744-3232(W) |
| | **RUSSO INTERNATIONAL, LLC** | **GROSSMAN, LEONARD R** |
| | | *Retained* |
| | | 806-744-3232(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/28/2015 | Original Petition (OCA) | |
| 10/28/2015 | CIVIL SCHEDULE REVIEW-18 Months | |
| 10/29/2015 | REQUEST *FOR ISSUANCE - RUSSO* | |
| 10/29/2015 | LETTER *TO RANDALL COUNTY DISTRICT CLERK* | |
| 10/29/2015 | REQUEST *FOR ISSUANCE - BARBAN* | |
| 10/30/2015 | Citation Issued *NOEL FERNANDEZ - BY SERVING SECRETARY OF STATE - CMS* | |
| 10/30/2015 | Citation Issued *RUSSO INTERNATIONAL, LLC - BY SERVING SECRETARY OF STATE - CMS* | |
| 11/06/2015 | Citation Served | |

**EXHIBIT B**

*Printed on 12/18/2015 at 4:33 PM*

*RUSSO INTERNATIONAL, LLC - 11.3.15 - GREEN CARD - CMS*

| | | |
|---|---|---|
| 11/09/2015 | Citation Served | |
| | *NOEL FERNANDEZ BARBAN - 11.4.15 - GREEN CARD - CMS* | |
| 12/03/2015 | Citation Served | |
| | *Certificate of Service by Secretary of State ON NOEL FERNANDEZ BARBAN* | |
| 12/03/2015 | ANSWER | |
| | *ORIGINAL ANSWER OF DEF, RUSSO INTERNATIONAL, LLC AND NOEL FERNANDEZ BARBAN* | |
| 12/14/2015 | REQUEST | |
| | *FOR CERTIFIED COPIES* | |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Defendant**  BARBAN, NOEL FERNANDEZ
Total Charges                                                                                        2.00
Total Payments and Credits                                                                  2.00
**Balance Due as of  12/18/2015**                                                       **0.00**

**Plaintiff**  BOLTON, WILLIE ALFRED
Total Charges                                                                                    522.00
Total Payments and Credits                                                              522.00
**Balance Due as of  12/18/2015**                                                       **0.00**

NO. <u>69088A</u>

| | | |
|---|---|---|
| **WILLIE ALFRED BOLTON** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **RUSSO INTERNATIONAL, LLC AND** | § | |
| **NOEL FERNANDEZ BARBAN** | § | |
| **Defendants.** | § | **RANDALL COUNTY, TEXAS** |

## <u>PLAINTIFF'S ORIGINAL PETITION</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** WILLIE ALFRED BOLTON, hereinafter called Plaintiff, complaining

of and about RUSSO INTERNATIONAL, LLC and NOEL FERNANDEZ BARBAN,

hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.    Plaintiff, WILLIE ALFRED BOLTON, is an Individual who resides at 2721 Palm

Street, Amarillo, Potter County Texas.

3.    WILLIE ALFRED BOLTON's driver's license number is 07282153.  The last

three numbers of WILLIE ALFRED BOLTON's Social Security Number are 057.

4.    Defendant RUSSO INTERNATIONAL, LLC, a Nonresident Limited Liability

Company, engages or has engaged in business in this state, but does not maintain a regular place

of business or a designated agent for service of process.  This lawsuit arises out of the business

done in this state and to which said Defendant is a party.  Therefore, under Section 17.044 of the

Texas Civil Practice and Remedies Code, substituted service on Defendant should be made by

serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box



CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

Plaintiff's Original Petition                                                          Page 1



**EXHIBIT C**

12079, Austin, Texas 78711-2079, and forwarded to Defendant's home office at 4620 N.W. 73rd Ave., Miami, Florida 33166, c/o Armando Uribe, Manager. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

5.     Defendant NOEL FERNANDEZ BARBAN, an Individual who is a nonresident of Texas, engages or has engaged in business in this state, but does not maintain a regular place of business or a designated agent for service of process. This lawsuit arises out of the business done in this state and to which said Defendant is a party. Therefore, under Section 17.044 of the Texas Civil Practice and Remedies Code, substituted service on Defendant should be made by serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079, and forwarded to Defendant's home at 1600 N.W. North River Dr., Apt. 216, Miami, Florida 33125. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

6.     The subject matter in controversy is within the jurisdictional limits of this court.

7.     Plaintiff seeks monetary relief over $100,000 but not more than $200,000.

8.     This court has jurisdiction over Defendant RUSSO INTERNATIONAL, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over RUSSO INTERNATIONAL, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

9.     Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant RUSSO INTERNATIONAL, LLC to the state of Texas, thereby

CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

conferring specific jurisdiction with respect to said Defendant.

10.     Furthermore, Plaintiff would show that Defendant RUSSO INTERNATIONAL, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

11.     This court has jurisdiction over Defendant NOEL FERNANDEZ BARBAN, because said Defendant purposefully availed himself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over NOEL FERNANDEZ BARBAN will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

12.     Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant NOEL FERNANDEZ BARBAN to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

13.     Furthermore, Plaintiff would show that Defendant NOEL FERNANDEZ BARBAN engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

14.     Venue in Randall County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

15.     On or about September 2, 2015, Plaintiff was operating his 1994 GMC Sierra



CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

Plaintiff's Original Petition

Pick-up South on East Loop 335 in Amarillo, Randall County, Texas.  Plaintiff had slowed his vehicle to make a left turn into the driveway of Copart Motors when Defendant NOEL FERNANDEZ BARBAN, operating a 2006 Freightliner tractor-trailer owned by Defendant RUSSO INTERNATIONAL, LLC, rear-ended Plaintiff's vehicle, causing Plaintiff's injuries and damages complained of herein.   The trailer being pulled by the 2006 Freightliner was a 2013 Great Dane trailer owned by Wells Fargo Equipment, Inc., located at 733 Marquette Ave., Minneapolis, Minnesota 55402.

**PLAINTIFF'S CLAIM OF**
**RESPONDEAT SUPERIOR AGAINST RUSSO INTERNATIONAL, LLC**

16.     At the time of the occurrence of the act in question and immediately prior thereto, NOEL FERNANDEZ BARBAN was within the course and scope of employment for Defendant RUSSO INTERNATIONAL, LLC.

17.     At the time of the occurrence of the act in question and immediately prior thereto, NOEL FERNANDEZ BARBAN was engaged in the furtherance of Defendant RUSSO INTERNATIONAL, LLC's business.

18.     At the time of the occurrence of the act in question and immediately prior thereto, NOEL FERNANDEZ BARBAN was engaged in accomplishing a task for which NOEL FERNANDEZ BARBAN was employed.

19.     Plaintiff invokes the doctrine of Respondeat Superior against Defendant RUSSO INTERNATIONAL, LLC.

**PLAINTIFF'S CLAIM OF**
**NEGLIGENT ENTRUSTMENT AGAINST RUSSO INTERNATIONAL, LLC**

20.     On September 2, 2015, Defendant RUSSO INTERNATIONAL, LLC was the owner of the vehicle operated by NOEL FERNANDEZ BARBAN.

*CERTIFIED TRUE AND*
*CORRECT COPY*
Jo Carter, District Clerk
Randall County, Texas

21.     Defendant RUSSO INTERNATIONAL, LLC entrusted the vehicle to NOEL FERNANDEZ BARBAN, a reckless and incompetent driver.

22.     Defendant RUSSO INTERNATIONAL, LLC knew, or through the exercise of reasonable care should have known, that NOEL FERNANDEZ BARBAN was a reckless and incompetent driver.

23.     As described herein, NOEL FERNANDEZ BARBAN was negligent on the occasion in question.

24.     NOEL FERNANDEZ BARBAN's negligence was the proximate cause of Plaintiff's damages.

## PLAINTIFF'S
## CLAIM OF NEGLIGENCE AGAINST NOEL FERNANDEZ BARBAN

25.     Defendant NOEL FERNANDEZ BARBAN had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

26.     Plaintiff's injuries were proximately caused by Defendant NOEL FERNANDEZ BARBAN's negligent, careless and reckless disregard of said duty.

27.     The negligent, careless and reckless disregard of duty of Defendant NOEL FERNANDEZ BARBAN consisted of, but is not limited to, the following acts and omissions:

A.     In that Defendant NOEL FERNANDEZ BARBAN failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.     In that Defendant NOEL FERNANDEZ BARBAN failed to turn his motor vehicle to the left or right in an effort to avoid the collision complained of;

C.     In that Defendant NOEL FERNANDEZ BARBAN failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and Defendant NOEL FERNANDEZ BARBAN's motor vehicle which would permit Defendant NOEL FERNANDEZ BARBAN to bring his motor

CERTIFIED TRUE AND CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

vehicle to a safe stop without colliding into Plaintiff's motor vehicle;

D.   In that Defendant NOEL FERNANDEZ BARBAN failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;

E.   In that Defendant NOEL FERNANDEZ BARBAN was operating his motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances; and

F.   In that Defendant NOEL FERNANDEZ BARBAN failed to apply his brakes to his motor vehicle in a timely and prudent manner.

### DAMAGES FOR PLAINTIFF, WILLIE ALFRED BOLTON

28.   As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, WILLIE ALFRED BOLTON was caused to suffer bodily injuries, and to incur the following damages:

A.   Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff, WILLIE ALFRED BOLTON for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Randall County, Texas;

B.   Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.   Physical pain and suffering in the past;

D.   Physical pain and suffering in the future;

E.   Physical impairment in the past;

F.   Physical impairment which, in all reasonable probability, will be suffered in the future;

G.   Loss of earnings in the past;

H.   Loss of earning capacity which will, in all probability, be incurred in the future;

I.   Property damages in the amount of $10,000.00;



CERTIFIED TRUE AND CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

Plaintiff's Original Petition

J.     Mental anguish in the past; and

K.     Mental anguish in the future.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, WILLIE ALFRED BOLTON, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

McCONNELL & TORMEY
P.O. Box 629
Amarillo, TX 79105
(806) 355-2700
(806) 355-4771 Fax
ed@mcconnell-tormey-law.com

Ed McConnell
SBN:  13442500

ATTORNEY FOR PLAINTIFF

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct photographic copy of the original on file and of record in my office, containing _____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: Amy Montoya                    Deputy

CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

Plaintiff's Original Petition                                        Page 7

# REQUEST FOR ISSUANCE

**CAUSE NUMBER:** _69,088-A_

**TYPE OF ISSUANCE: *E-FILING-YOU MUST ASSESS THE TYPE OF ISSUANCE, TYPE OF SERVICE, SERVICE FEES, AND COPY FEES ACCORDINGLY***

☒ CITATION
☐ PRECEPT
☐ TRO
☐ PROTECTIVE ORDER
☐ ABSTRACT OF JUDGMENT
☐ WRIT OF EXECUTION
☐ OTHER: _____

**TYPE OF SERVICE:**
☐ POTTER COUNTY SHERIFF *SERVICE FEE AND COPY FEE REQUIRED*
☐ CIVIL PROCESS SERVER-AUTHORIZED PERSON TO PICK-UP: _____
☐ POSTING *SERVICE FEE AND COPY FEE REQUIRED*
☐ PUBLICATION *SERVICE FEE REQUIRED*
☒ CERTIFIED MAIL *SERVICE FEE AND COPY FEE REQUIRED*
☐ TO BE MAILED TO PARTY REQUESTING SERVICE *SELF ADDRESSED STAMPED ENVELOPE AND/OR POSTAGE FEE REQUIRED*
☐ TO BE EMAILED TO PARTY REQUESTING SERVICES-***MUST INCLUDE EMAIL ADDRESS***

**TITLE OF DOCUMENT:** ① _Plaintiff's Original Petition a_ ② _Request for Disclosure_
*FOR EACH PARTY SERVED YOU MUST ASSESS THE APPROPRIATE NUMBER OF COPIES OF THE DOCUMENT TO BE SERVED * UNLESS CLERK IS TO EMAIL, THEN NO COPY FEE IS REQUIRED*
_a Request for Disclosure to the Def. will be brought to your office_
**FILE MARKED DATE OF DOCUMENT TO BE SERVED:** _10 / 28 / 15_    _today - to serve on the Sec'y of State with the petition_

**PARTY TO BE SERVED:** (PLEASE FILL OUT A NEW REQUEST FORM PER PARTY TO BE SERVED)
NAME: _Secretary of State of the State of Texas_
_Statutory Documents Section, Citations Unit_
ADDRESS: _P.O. Box 12079_
_Austin, TX 78711-2079_
AGENT, IF APPLICABLE: _For Service by CM, RRR upon: Defendant Russo International, LLC_
_4680 N.W. 73rd Ave._
_Miami, Florida 33166_
_c/o Armando Uribe, Manager_

**PARTY/ATTORNEY REQUESTING SERVICE:**
NAME: _Ed McConnell, Attorney for Plaintiff, McConnell_
_+ Tormey_
MAILING ADDRESS: _P.O. Box 629, Amarillo, TX 79105_

PHONE NUMBER: _806.355.2700_    FAX NUMBER: _806.355.4771_

EMAIL ADDRESS: _ed@mcconnell-tormey-law.com_

CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

COPY

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

FILED
10/29/2015 10:17:36 AM
Jo Carter, District Clerk
Randall County, Texas
AH____Deputy

**EXHIBIT D**

# McCONNELL & TORMEY
## Attorneys At Law

**ED McCONNELL**
Board Certified Civil Trial Law
Board Certified Personal Injury Trial Law ·

**JEFF TORMEY**
Board Certified Personal Injury Trial Law

October 29, 2015

Jo Carter
Randall County District Clerk
2309 Russell Long Blvd #110
Canyon, TX 79015
    Attn:  Rhonda

       Re:    No. 69088-A in the 47th District Court of Randall Co., Texas;
             *Willie Alfred Bolton, Plaintiff v. Russo International, LLC and*
             *Noel Fernandez Barban, Defendants*

Dear Rhonda:

    With regard to the filing of the referenced case, I am now filing the Civil Case Information Sheet and a Request for Issuance for each defendant.

    I have spoken with your office about our need for service in this case.  We are serving each defendant through the Secretary of State of the State of Texas, who will serve each defendant by certified mail, return receipt requested, at their addresses in Florida, as set out on the Requests for Issuance.

    We will also be sending a Request for Disclosure to each defendant through the Secretary of State.  I have paid for copies for duplicate sets, as the Secretary of State requires, of the Original Petition and Request for Disclosure to each defendant.  You advised me that I should bring the Requests for Disclosure to your office along with a check to the Secretary of State for the service fee for these two defendants, and I will be bringing that over shortly.

    Thank you for your assistance with this matter.

Sincerely yours,

Debbie Beyer
Legal Assistant

/dtb
Encl.

**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ pages.
ATTEST: _December 14, 2015_
    Jo Carter, District Clerk
    Randall County, Texas
By: _____ Deputy

**COPY**

**CERTIFIED TRUE AND CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas

Street Address:  310 W. 6th · Amarillo, TX 79101
Mailing Address:  P.O. Box 629 · Amarillo, TX 79105
Phone: 806-355-2700 · Fax: 806-355-4771

FILED
10/29/2015 10:17:36 AM
Jo Carter, District Clerk
Randall County, Texas
_____AH_____Deputy

**EXHIBIT E**

# REQUEST FOR ISSUANCE

**CAUSE NUMBER:** _69,088-A_

**TYPE OF ISSUANCE:** *E-FILING-YOU MUST ASSESS THE TYPE OF ISSUANCE,
TYPE OF SERVICE, SERVICE FEES, AND COPY FEES ACCORDINGLY*

- [x] CITATION
- [ ] PRECEPT
- [ ] TRO
- [ ] PROTECTIVE ORDER
- [ ] ABSTRACT OF JUDGMENT
- [ ] WRIT OF EXECUTION
- [ ] OTHER: _____

**TYPE OF SERVICE:**

- [ ] POTTER COUNTY SHERIFF *SERVICE FEE AND COPY FEE REQUIRED*
- [ ] CIVIL PROCESS SERVER-AUTHORIZED PERSON TO PICK-UP: _____
- [ ] POSTING *SERVICE FEE AND COPY FEE REQUIRED*
- [ ] PUBLICATION *SERVICE FEE REQUIRED*
- [x] CERTIFIED MAIL *SERVICE FEE AND COPY FEE REQUIRED*
- [ ] TO BE MAILED TO PARTY REQUESTING SERVICE *SELF ADDRESSED STAMPED ENVELOPE AND/OR POSTAGE FEE REQUIRED*
- [ ] TO BE EMAILED TO PARTY REQUESTING SERVICES-*MUST INCLUDE EMAIL ADDRESS*

**TITLE OF DOCUMENT:** ① _Plaintiff's Original Petition_ ② _Request for Disclosure_
*FOR EACH PARTY SERVED YOU MUST ASSESS THE APPROPRIATE NUMBER OF COPIES OF THE DOCUMENT TO BE SERVED * UNLESS CLERK IS TO EMAIL, THEN NO COPY FEE IS REQUIRED*

_A Request for Disclosure to the Def. will be brought to your office today — to serve on the Soc'y of State with the petition._

**FILE MARKED DATE OF DOCUMENT TO BE SERVED:** _10/28/15_

**PARTY TO BE SERVED:** (PLEASE FILL OUT A NEW REQUEST FORM PER PARTY TO BE SERVED)

NAME: _Secretary of State for the State of Texas, Statutory Documents Section, Citations Unit_

ADDRESS: _P.O. Box 12079, Austin, TX 78711-2079_

AGENT, IF APPLICABLE: _For Service By CM, RRR upon: Defendant Noel Fernandez Barban, 1600 N.W. North River Dr., Apt #216, Miami, Florida 33125_

**PARTY/ATTORNEY REQUESTING SERVICE:**

NAME: _Ed McConnell, Attorney for Plaintiff, McConnell + Tormey_

MAILING ADDRESS: _P.O. Box 629, Amarillo, TX 79105_

PHONE NUMBER: _806-355-2700_    FAX NUMBER: _806-355-4771_

EMAIL ADDRESS: _ed@mcconnell-tormey.com_

CERTIFIED TRUE AND CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

The above and foregoing is a full, true and correct photographic copy of the original on file and of record in my office, containing _____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

FILED
10/29/2015 10:17:36 AM
Jo Carter, District Clerk
Randall County, Texas
_____ AH ____ Deputy

**EXHIBIT F**

# THE STATE OF TEXAS

TO: **NOEL FERNANDEZ BARBAN, 1600 N.W. NORTH RIVER DR., APT. 216, MIAMI, FLORIDA 33125** by Serving **THE SECRETARY OF STATE, STATUTORY DOCUMENTS SECTION, PO BOX 12079, AUSTIN, TEXAS 78711-2079, Defendant** in the hereinafter styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m., on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**YOU ARE THEREFORE COMMANDED** to appear before the **47th District Court** of Randall County, Texas, to be held at the Justice Center, 2309 Russell Long Blvd., Ste 110, Canyon, TX 79015 of said County, by filing such written answer to the PLAINTIFF'S ORIGINAL PETITION of Plaintiff, a copy of which accompanies this citation in **CAUSE 69088A** styled:

**WILLIE ALFRED BOLTON**
VS.
**RUSSO INTERNATIONAL, LLC AND**
**NOEL FERNANDEZ BARBAN**

filed in said Court on this the 28th day of October, 2015.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at office, on this the 30th day of October, 2015

ALSO ATTACHED BY NOT FILED ARE
PLAINTIFF'S REQUEST FOR DISCLOSURE TO
DEFENDANT NOEL FERNANDEZ BARBAN

**JO CARTER**
Clerk of the District Courts
Randall County, Texas
2309 Russell Long Blvd., Ste 110
Canyon, Texas 79015

By: _____ Deputy

The name and address of Plaintiff's attorney is: **ED MCCONNELL, 310 W 6TH STREET, PO BOX 629, AMARILLO, TX 79105, 806-355-2700**

### CLERK'S CERTIFICATE OF SERVICE

EXECUTED on October 30, 2015, by mailing a true copy of this citation, with true copy of the aforesaid pleading attached thereto, via certified mail, addressed to **SECRETARY OF STATE, STATUTORY DOCUMENTS SECTION, PO BOX 12079, AUSTIN, TX 78711-2079** and endorsed thereon "Return Receipt Requested". Service upon the defendant is evidenced, by the return receipt incorporated herein and attached hereto.

TO CERTIFY WHICH WITNESS my hand officially this on this the 30th day of October, 2015.



Certified Article Number
9414 7266 9904 2033 9761 59
SENDERS RECORD

CERTIFIED TRUE AND CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

JO CARTER, District Clerk
Randall County, Texas

By _____ Deputy

CERTIFIED TRUE AND CORRECT COPY
The above and foregoing is a full, true and correct photographic copy of the original on file and of record in my office, containing _____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

**EXHIBIT G**

Citation (Certified Mail)

# THE STATE OF TEXAS

**TO: RUSSO INTERNATIONAL, LLC, 4620 N.W. 73RD AVE., MIAMI, FLORIDA 33166, C/O ARMANDO URIBE, MANAGER** by Serving **THE SECRETARY OF STATE, STATUTORY DOCUMENTS SECTION, PO BOX 12079, AUSTIN, TEXAS 78711-2079, Defendant** in the hereinafter styled and numbered cause:

     **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m., on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

     **YOU ARE THEREFORE COMMANDED** to appear before the **47th District Court** of Randall County, Texas, to be held at the Justice Center, 2309 Russell Long Blvd., Ste 110, Canyon, TX 79015 of said County, by filing such written answer to the PLAINTIFF'S ORIGINAL PETITION of Plaintiff, a copy of which accompanies this citation in CAUSE 69088A styled:

WILLIE ALFRED BOLTON
VS.
RUSSO INTERNATIONAL, LLC AND
NOEL FERNANDEZ BARBAN

filed in said Court on this the 28th day of October, 2015.

     **ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at office, on this the 30th day of October, 2015

                                JO CARTER
                                Clerk of the District Courts
                                Randall County, Texas

ALSO ATTACHED BY NOT FILED ARE           2309 Russell Long Blvd., Ste 110
PLAINTIFF'S REQUEST FOR DISCLOSURE TO    Canyon, Texas 79015
DEFENDANT RUSSO INTERNATIONAL, LLC

                              By:                   Deputy

The name and address of Plaintiff's attorney is: **ED MCCONNELL, 310 W 6TH STREET, PO BOX 629, AMARILLO, TX 79105, 806-355-2700**

### CLERK'S CERTIFICATE OF SERVICE

EXECUTED on October 30, 2015, by mailing a true copy of this citation, with true copy of the aforesaid pleading attached thereto, via certified mail, addressed to **SECRETARY OF STATE, STATUTORY DOCUMENTS SECTION, PO BOX 12079, AUSTIN, TX 78711-2079** and endorsed thereon "Return Receipt Requested".
Service upon the defendant is evidenced, by the return receipt incorporated herein and attached hereto.

TO CERTIFY WHICH WITNESS my hand officially this on this the 30th day of October, 2015.

                                JO CARTER, District Clerk
                                Randall County, Texas

| Certified Article Number |
| --- |
| 9414 7266 9904 2033 9761 42 |
| SENDERS RECORD |

                                By:                   Deputy

*CERTIFIED TRUE AND CORRECT COPY*
The above and foregoing is a full, true and correct photographic copy of the original on file and of record in my office, containing _____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

**EXHIBIT H**

Citation Civil Certified Mail
**CERTIFIED TRUE AND CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas



# The State of Texas
## Secretary of State

2016-259531-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

Willie Alfred Bolton VS Russo International LLC and Noel Fernandez
Barban
47th Judicial District Court Of Randall County, Texas
Cause No: 69088A

was received by this office on November 4, 2015, and that a copy was forwarded on November 9, 2015, by CERTIFIED MAIL, return receipt requested to:

Noel Fernandez Barban
1600 N.W. North River Dr.,
Apt. 216
Miami, FL 33125

The RETURN RECEIPT was received in this office dated November 16, 2015, bearing signature.



**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ pages.
ATTEST: December 4, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

Date issued: November 18, 2015

Carlos H. Cascos
Secretary of State



**CERTIFIED TRUE AND
CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas

.GF/vjbFILED
12/3/2015 11:03:25 AM
Jo Carter, District Clerk
Randall County, Texas
_____AH____Deputy

**EXHIBIT I**

2. Article Number

7414 7266 9904 2033 9761 59

Article Addressed to:

Restricted Delivery? (Extra Fee)  ☐ Yes

Service Type   CERTIFIED MAIL®

NOEL FERNANDEZ BARBAN 1600 N.W.
NORTH RIVER DR., APT. 916, MIAMI, BY
SERVING THE SECRETARY OF STATE,
STATUTORY DOCUMENTS SECTION,
P.O. BOX 12079
AUSTIN, TX 78711-2079

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

AGENT

ADDRESSEE

D. Is delivery address different from item 1?
If YES, enter delivery address below:   ☐ Yes   ☐ No

COMPLETE THIS SECTION ON DELIVERY

PS Form 3811, January 2005

Domestic Return Receipt

FILED
ANDREA HICKS
2015 NOV 09 PM 1:09
JO CARTER, DISTRICT CLERK
RANDALL COUNTY, TEXAS

CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas

CERTIFIED TRUE AND CORRECT COPY.
The above and foregoing is a full, true and correct
photographic copy of the original on file and/of
record in my office, containing _____ pages
ATTEST: December 11, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____

EXHIBIT I

**2. Article Number**

4414 7266 9904 2033 9761 42

**3. Service Type   CERTIFIED MAIL®**

**Restricted Delivery? (Extra Fee)**   ☐ Yes

**1. Article Addressed to:**

RUSSO INTERNATIONAL, LLC, 4620 N.W.
73ᴿᴰ AVE., MIAMI, FLORIDA 33166, C/O
ARMANDO URIBE, MANAGER, BY
SERVING THE SECRETARY OF STATE,
STATUTORY DOCUMENTS SECTION
P.O. BOX 12079
AUSTIN, TX 78711-2079

PS Form 3811, January 2005          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)**

**B. Date of Delivery**

**C. Signature**

X  iPASS/CPA
APR 0 5 2015

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

☐ Agent
☐ Addressee

ANDREA HIGH
69088A  FILED

2015 NOV -6 PM 1:
JO CARTER, DISTRICT CLERK
RANDALL COUNTY, TEXAS

**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing _____ page(s).
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy

**CERTIFIED TRUE AND CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas

JO CARTER, DISTRICT CLERK

**EXHIBIT J**

CAUSE NO. 69088A

| | | |
|---|---|---|
| WILLIE ALFRED BOLTON | § | IN THE 47TH DISTRICT COURT |
| *Plaintiff* | § | |
| VS. | § | OF |
| | § | |
| RUSSO INTERNATIONAL, LLC AND | § | |
| NOEL FERNANDEZ BARBAN | § | |
| *Defendants* | § | RANDALL COUNTY, TEXAS |

## ORIGINAL ANSWER OF DEFENDANTS, RUSSO INTERNATIONAL, LLC AND NOEL FERNANDEZ BARBAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RUSSO INTERNATIONAL, LLC and NOEL FERNANDEZ BARBAN, hereinafter referred to as Defendants, and file this, their Original Answer to Plaintiff's Original Petition and would respectfully show the Court the following:

### I. GENERAL DENIAL

1.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every material allegation set forth in Plaintiff's Original Petition and demand that Plaintiff prove the same as required by law.

### II. SPECIAL EXCEPTIONS

2.      Defendant specially excepts to Plaintiff's petition at paragraph 27 on page 5 wherein claims are made that Defendants' negligence "consisted of, but is not limited to, the following acts or omissions..." as such is vague and does not properly put Defendants on notice of the claims being made against it.  For the reasons set forth above, Defendant prays judgment of this Court.

### III. AFFIRMATIVE DEFENSES

3.      Defendants would further show the Court that economic damages awarded against Defendants for medical or healthcare expenses, if any, may not exceed the amount actually paid or incurred by or on behalf of Plaintiff under § 41.0105 of the Texas Civil Practice and Remedies Code,

 CERTIFIED TRUE AND CORRECT COPY
7709088A Original Answer
Jo Carter, District Clerk
Randall County, Texas

Page 1 of 4

  COPY

**EXHIBIT K**

and Defendants would respectfully request this Honorable Court to compute Plaintiff's award, if any, in accordance with the language of § 41.0105 of the Texas Civil Practice and Remedies Code. Defendants also requests that Plaintiff prove: 1) that reasonable and necessary medical or healthcare expenses do exist; 2) what part of the medical or healthcare expenses have actually been paid or for which Plaintiff remains liable; and 3) that the medical or healthcare expenses claimed resulted from conduct of Defendants.

4.      Defendants affirmatively plead, if same be necessary as all liability is denied, pursuant to § 18.091 of the TEX. CIV. PRAC. & REM. CODE, to the extent that Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, Defendants would show that Plaintiff must present evidence to prove the loss in the form of a net loss after reduction from income tax payments or unpaid tax liability pursuant to any Federal Income Tax law.

5.      Pleading further and in the alternative, Defendants would show that at all times material, if the evidence shows, Plaintiff failed to mitigate his own injuries and damages as would have been done by a reasonable and prudent person, and his failure to mitigate his injuries and damages has proximately caused or at least contributed to his claimed injuries and damages exceeding that for which recovery is ordinarily permitted.

6.      Defendant affirmatively asserts, if the evidence shows, a portion of the Plaintiff's injuries are a result of a prior or subsequent injury, injuries, diseases, or natural conditions, which Plaintiff has suffered, or a combination thereof, and such injuries, diseases or natural conditions are the proximate cause, or alternatively, the sole proximate cause of a portion of the injuries complained of by Plaintiff in this case. Said prior injury, injuries, diseases, or natural conditions are neither related to nor occurring as the result of the occurrence made the basis of this lawsuit. Alternatively, to the extent Plaintiff suffers from any condition, said prior or subsequent injury, injuries, diseases



CERTIFIED TRUE AND
CORRECT COPY
Jo Carter, District Clerk
Randall County, Texas
7705300H - Original Answer

**EXHIBIT K**

or natural conditions contributed to said condition, if any, or said prior or subsequent injury, injuries, diseases or natural conditions are the sole cause of same.

7.      Defendants affirmatively assert they currently have insufficient knowledge to form a belief as to whether it has additional, unstated affirmative defenses available. Defendants reserve the right to assert additional affirmative defenses for which it develops factual support pending the outcome of discovery and investigation.

8.      Defendants affirmatively assert, if the evidence shows, Plaintiff chose to incur or pay medical expenses in an amount exceeding that which would satisfy the health care provider's claim under an existing and available insurance policy is neither reasonable nor necessary and thus does not satisfy that basic requirement of damages recovery.

9.      Defendants further alleges that Plaintiff's claims for pre-judgment interest are limited by the dates and amounts set forth in one or more of the following statutes, as applicable to this case:

      A.      Chapter 41, Texas Civil Practice and Remedies Code; and

      B.      The Texas Finance Code.

### IV. <u>NOTICE OF INTENT</u>

10.     Defendants hereby give notice of intent, and reserve the right to, utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure, 193.7.

### <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Defendants pray:

(1)     that Plaintiff take nothing by his suit herein;

(2)     that Defendants be dismissed therefrom; and

(3)     that Defendants recover their costs herein expended.


**CERTIFIED TRUE AND CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas

7705.0001–Original Answer                    Page 3 of 4

**EXHIBIT K**

CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
FirstBank Centre
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (fax)
BudG@CTHGlawfirm.com

_____
Leonard R. (Bud) Grossman
SBN 00784182
ATTORNEYS FOR DEFENDANTS,
RUSSO INTERNATIONAL, LLC.
and NOEL FERNANDEZ BARBAN

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by Efiling and facsimile, to the following person on this the 3rd day of December, 2015:

_____
*Of the Firm*

Ed McConnell
McConnell & Tormey
P. O. Box 629
Amarillo, Texas 79105
Fax: 806-355-4771
ed@mcconnell-tormey-law.com

**CERTIFIED TRUE AND CORRECT COPY**
The above and foregoing is a full, true and correct
photographic copy of the original on file and of
record in my office, containing ____ pages.
ATTEST: December 14, 2015
Jo Carter, District Clerk
Randall County, Texas
By: _____ Deputy



**CERTIFIED TRUE AND
CORRECT COPY**
Jo Carter, District Clerk
Randall County, Texas

**EXHIBIT K**